## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## SOUTHWESTERN DIVISION

| | |
|---|---|
| United States of America,            ) | |
| )                                    | |
| Plaintiff,              ) | **ORDER** |
| )                                    | |
| vs.                                  ) | |
| )                                    | |
| Samuel Edward Scott,                 ) | |
| )                                    | Case No. 1:11-cr-044-01 |
| Defendant.              ) | |

_____

On May 6, 2011, the defendant appeared before the court and was arraigned on the superseding indictment filed in the above entitled action. Thereafter the parties stipulated on the record to the following with respect to discovery. The government shall provide defense counsel with copies of the Giglio information, Jencks statements, and grand jury materials. Defense counsel may provide one hard copy of the material (except the audio tapes) to the defendant, but only under the conditions (1) that the defendant return the hard copy to defense counsel at the end of the case, (2) the defendant not make any other copies, and (3) that the defendant not show the hard copies to any third persons. If the government chooses, it can redact the name of the government informant and any other family and identifying material from the material provided to defense counsel. Defense counsel is not prohibited from disclosing the contents of any discovery material with the defendant. Before providing hard copies of any of the discovery material to the defendant, defense counsel shall obtain defendant's signature on a copy of this order to evidence the fact the defendant has been made aware of its contents and provide the same to the government. The court **ADOPTS** the parties' stipulation.

**IT IS SO ORDERED.**

Dated this 6th day of May, 2011.

                                               */s/ Charles S. Miller, Jr.*
                                               Charles S. Miller, Jr.
                                               United States Magistrate Judge